UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**J & J SPORTS PRODUCTIONS, INC.,**

    **Plaintiff,**

v.          **CASE NO: 8:08-CV-1606-T-30MAP**

**KENNETH SHOBOLA and
KENNEDEE ENTERTAINMENT, INC.,**

    **Defendants.**
_____/

## ORDER OF DISMISSAL

THIS CAUSE comes before the Court *sua sponte*. An Order to Show Cause was entered on November 4, 2008 (Dkt. #6) which required Plaintiff to show cause, in writing, within eleven (11) days why this action should not be dismissed for failure to file a Case Management Report pursuant to Local Rule 3.05. A response has not been filed. Accordingly, it is

    **ORDERED AND ADJUDGED** as follows:

    1.     This cause is dismissed without prejudice.

    2.     All pending motions are denied as moot.

    3.     The Clerk is directed to close this case.

    **DONE** and **ORDERED** in Tampa, Florida on November 25, 2008.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**COPIES TO**:
Counsel/Parties of Record

*S:\Even\2008\08-cv-1606.dismissal.wpd*